BETTY HERRERA (242189)

**SACKETT AND ASSOCIATES**
A PROFESSIONAL LAW CORP.

1055 Lincoln Avenue
Post Office Box 5025
San Jose, California 95150-5025
Telephone: (408) 295-7755
Facsimile:  (408) 295-7444

Attorney for Plaintiff

/jgl

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| AMANDITA NICHOLS, A PARENT ON BEHALF OF JOSHUA NICHOLS, A MINOR CHILD,<br><br>　　　　Plaintiff,<br><br>v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner,<br>Social Security Administration,<br><br>　　　　Defendant. | Case No: C09-03494 JW HRL<br><br>STIPULATION AND ORDER |

　　　Plaintiff and Defendant, through their respective attorneys, hereby stipulate that Plaintiff shall have a second extension of time of (14) days up through and including Wednesday, February 24, 2010 in which to e-file his Motion for Summary Judgment.  This extension is necessitated by the number of other cases (5) Plaintiff's counsel currently has

1

STIPULATION AND ORDER

before this district court and other district courts that also require briefing around this time. Defendants brief will be due March 26, 2010.

JOSEPH P. RUSSONIELLO
United States Attorney

.

Dated: February 8, 2010                    /s/
                                           ARMAND D. ROTH
                                           Special Assistant U.S. Attorney


Dated: February 8, 2010                    /s/
                                           BETTY HERRERA
                                           Attorney for Plaintiff
                                           ARMANDITA NICHOLS, PARENT
                                           ON BEHALF OF JOSHUA NICHOLS
                                           A MINOR CHILD

IT IS SO ORDERED.

The prior stipulation (Docket Item No. 16) is found as moot.

Dated:    February 23, 2010                _____
                                           HON. JAMES WARE
                                           United States District Judge