BETTY HERRERA (242189)

**SACKETT AND ASSOCIATES**
A PROFESSIONAL LAW CORP.

1055 Lincoln Avenue
Post Office Box 5025
San Jose, California 95150-5025
Telephone: (408) 295-7755
Facsimile:  (408) 295-7444

Attorney for Plaintiff

/jgl

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| AMANDITA NICHOLS, A PARENT ON BEHALF OF JOSHUA NICHOLS, A MINOR CHILD, <br><br> Plaintiff, <br><br> v. <br><br> MICHAEL J. ASTRUE, Commissioner, Social Security Administration, <br><br> Defendant. | Case No: C09-03494 JW HRL <br><br> STIPULATION AND ORDER |

    Plaintiff and Defendant, through their respective attorneys, hereby stipulate that Plaintiff shall have a first extension of time of (30) days up through and including Monday, May 3, 2010 in which to e-file his Reply to Defendant's Cross-Motion for Summary Judgment.  This extension is necessitated by the number of other cases (6) Plaintiff's counsel

1

STIPULATION AND ORDER

currently has before this district court and other district courts that also require briefing around this time.

                                        JOSEPH P. RUSSONIELLO
                                        United States Attorney

.

Dated: March 30, 2010                        /s/
                                        ARMAND D. ROTH
                                        Special Assistant U.S. Attorney

Dated: March 30, 2010                        /s/
                                        BETTY HERRERA
                                        Attorney for Plaintiff
                                        ARMANDITA NICHOLS, PARENT
                                        ON BEHALF OF JOSHUA NICHOLS
                                        A MINOR CHILD

IT IS SO ORDERED.

Dated:   April 5, 2010                          /s/ James Ware
                                        HON. JAMES WARE
                                        United States District Judge

STIPULATION AND ORDER