IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Armandita Nichols, | NO. C 09-03494 JW |
| Plaintiff, | **JUDGMENT** |
| v. | |
| Michael J. Astrue, Commissioner of Social Security, | |
| Defendant. | |

Pursuant to the Court's December 20, 2010 Order Granting Defendant's Cross-Motion for Summary Judgment; Denying Plaintiff's Motion for Summary Judgment, judgment is entered in favor of Defendant Michael J. Astrue, Commissioner of the Social Security, against Plaintiff Armandita Nichols on behalf of Joshua Nichols.

Each party shall bear their own costs. The Clerk shall close this file.

Dated: December 20, 2010

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Armand D. Roth Armand.Roth@ssa.gov
Betty Herrera betty@sackettlaw.com

**Dated: December 20, 2010**                           **Richard W. Wieking, Clerk**

                                                          **By:   /s/ JW Chambers**
                                                                    **Elizabeth Garcia**
                                                                    **Courtroom Deputy**